**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM ZAJAC,

Plaintiff,

v.                                                                  Case No. 8:19-CV-01227-T-17AEP

DFS SERVICES, LLC A/K/A DISCOVER
FINANCIAL SERVICES, LLC,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, WILLIAM ZAJAC, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, WILLIAM ZAJAC, and Defendant, DFS SERVICES, LLC A/K/A DISCOVER FINANCIAL SERVICES, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ John C. Distasio, Esquire*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
JDistasio@ForThePeople.com
LCrouch@ForThePeople.com
JSherwood@ ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2019, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ John C. Distasio, Esquire*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328