UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM ZAJAC,

Plaintiff,

Case No. 8:19-CV-01227-T-17AEP

v.

DFS SERVICES, LLC A/K/A DISCOVER
FINANCIAL SERVICES, LLC.,
Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, William Zajac, and Defendant, properly named as Discover Products, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/ John Distasio* | */s/ Jacqueline Simms-Petredis* |
| John Distasio, Esq. | Jacqueline Simms-Petredis, Esq. |
| FL Bar #096328 | FL Bar #0906751 |
| Morgan & Morgan, Tampa, P.A. | jsimms-petredis@burr.com |
| One Tampa City Center | BURR & FORMAN LLP |
| 201 N. Franklin Street, 7th Floor | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| JDistasio@forthepeople.com | Tel: (813) 221-2626 |
| ***Attorneys for Plaintiff*** | Fax: (813) 357-3534 |
| | ***Attorneys for Discover*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed by using the CM/ECF System this 21st of August 2019 to:

John Distasio, Esq.
FL Bar #096328
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
JDistasio@forthepeople.com
*Attorneys for Plaintiff*

                                            */s/ Jacqueline Simms-Petredis*
                                            Jacqueline Simms-Petredis, Esq.